**J. T. THOMAS and Pearl Nealy v. UNITED STATES of America.**

No. 5441.

Circuit Court of Appeals, Sixth Circuit.

December 12, 1929.

1016

Hobart F. Atkins, of Knoxville, Tenn., for appellants.

Everett Greer, U. S. Atty., of Knoxville, Tenn.

PER CURIAM.

Judgment of District Court affirmed.